```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 06 B 16520
   MORRELL D JAMISON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5286

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 12/13/2006 and was confirmed 04/25/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  17.50%.

      The case was dismissed after confirmation 01/28/2009.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
ALLIED INTERSTATE INC GR  UNSECURED         NOT FILED          .00            .00
AMERICAN FAMILY INSURANC  UNSECURED         NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSECURED            296.72          .00          30.46
ASSET ACCEPTANCE CORP     UNSECURED         NOT FILED          .00            .00
CBCS                      UNSECURED         NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED           4080.00          .00         549.85
COMCAST                   UNSECURED         NOT FILED          .00            .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED          .00            .00
CREDIT PROTECTION ASSOC   UNSECURED         NOT FILED          .00            .00
DEVRY UNIVERSITY          UNSECURED            519.09          .00          56.61
GOAL FINANCIAL            UNSECURED         NOT FILED          .00            .00
NCO FINANCIAL             UNSECURED         NOT FILED          .00            .00
NICOR GAS                 UNSECURED         NOT FILED          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED            203.55          .00          15.71
T MOBILE                  UNSECURED         NOT FILED          .00            .00
CITIBANK NA               UNSECURED           6881.46          .00         927.39
US DEPT OF EDUCATION      UNSECURED          12570.82          .00        1694.14
UNIVERSITY ACCOUNTING SE  UNSECURED         NOT FILED          .00            .00
VALENTINE & KEBARTAS INC  UNSECURED         NOT FILED          .00            .00
VILLAGE OF MELROSE PARK   UNSECURED         NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            254.75          .00          19.66
US DEPT OF EDUCATION      UNSECURED           4074.58          .00         549.12
DEVRY INSTITUTE OF TECHN  UNSECURED               .00          .00            .00
CITIBANK NA               FILED LATE          1453.56          .00            .00
JENNIFER A BLANC DOUGE    DEBTOR ATTY            .00                          .00
TOM VAUGHN                TRUSTEE                                          303.99
DEBTOR REFUND             REFUND                                           553.07

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 16520 MORRELL D JAMISON
```

```
TRUSTEE                                          4,700.00

PRIORITY                                                         .00
SECURED                                                          .00
UNSECURED                                                   3,842.94
ADMINISTRATIVE                                                   .00
TRUSTEE COMPENSATION                                          303.99
DEBTOR REFUND                                                 553.07
                                       ---------------  ---------------
TOTALS                                        4,700.00         4,700.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/10/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 06 B 16520 MORRELL D JAMISON